UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

TRUSTEES OF THE PLUMBERS and
STEAMFITTERS LOCAL 21 PENSION FUND

                Plaintiffs,

SUSAN GHIO

                Defendant.
_____x

Rule 7.1 Statement

08 CIV 0514
JUDGE KARAS

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Susan Ghio (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      None

**Date**: January 14, 2008

S/Danielle M. Carney
**Signature of Attorney**

**Attorney Bar Code**: DMC 7471