UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 21 PENSION FUND,

                              Plaintiffs,

           -against-

SUSAN GHIO

                           Defendant.

-------------------------------------------------------------------x

DOCKET NO. 08-CV-0514
(Karas)

**REQUEST FOR ENTRY
OF DEFAULT JUDGMENT**

To:    Clerk of the United States District Court for the
        Southern District of New York

        Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant,

Susan Ghio, having failed to appear in this action, the time for appearing having expired, you are

requested to enter a Default Judgment in favor of Plaintiff, Trustees of the Plumbers &

Steamfitters Local 21 Pension Fund against the Defendant, Susan Ghio, in the sum of

$44,450.97 which includes interest, court costs and reasonable attorney's fees.

Dated: June 9, 2008

                                        DANIELLE M. CARNEY (DMC 7471)
                                        BARNES, IACCARINO, VIRGINIA,
                                        AMBINDER & SHEPHERD, PLLC
                                         3 Surrey Lane, Suite 200
                                         Hempstead, NY 11550
                                         (516) 483-2990

U. S. DISTRICT COURT
FILED
JUN 12 2008
W.P.
S.D. OF N.Y.