UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------------------

TRUSTEES OF PLUMBERS & STEAMFITTERS' )
LOCAL 21 PENSION FUND ) **08-CV-0514 (Karas)**
)
                         Plaintiffs, )
) ORDER TO SHOW CAUSE
) FOR DEFAULT JUDGMENT
                -against- )
)
SUSAN GHIO )
)
                         Defendant. )

------------------------------------------------------------------------------------------------

KARAS, D.J.:

      Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

      ORDERED, that a conference be held on the __3__ day of __July__, 2008 at __12:15__ o'clock a.m. at U.S. District Court, 300 Quarropas Street, White Plains, NY 10601 of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

      ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon Defendant, SUSAN GHIO by certified mail, return receipt requested on or before the __20th__ day of __Jun__, 2008 and such service shall be deemed good and sufficient service. *which is due by July 3, 2008* KMK

      Respondent is advised that if there is no response, a default judgment will be entered and the Respondent will not be entitled to a trial.

SO ORDERED.

Dated: 6/13/08

                                                     _____
                                                     HON. KENNETH M. KARAS, U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```