AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | Index No.: 08-CV-0514 |
| | ) ss.: | (Karas) |
| COUNTY OF NASSAU | ) | |

I, JoAnn Podurgiel, being duly sworn, deposes and states as follows:

That deponent is not a party to this action, is over 18 years of age, and resides in the State of New York, County of Nassau.

On the 17th day of June 2008, your deponent served SUSAN GHIO with an ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT and SUPPORTING DOCUMENTS by depositing a true copy thereof enclosed in a post-paid wrapper, via Certified Mail, Return Receipt Requested in an official depository under the exclusive care and custody of United State Postal Service addressed to:

TO:   Ms. Susan Ghio
       31 Firehouse Road
       Port Jervis, NY 12771

JoAnn Podurgiel

Sworn to before me:
this 17th day of June, 2008

Notary Public

DANIELLE M. NICOLAS-CARNEY
Notary Public, State of New York
No. 4980794
Qualified in Suffolk County
Commission Expires April 29, 2011