UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 21 PENSION FUND,                     DOCKET NO. 08-CV-0514
                                                            (Karas)
       Plaintiffs,
                                                            **STATEMENT OF**
  -against-                                       **DAMAGES**

SUSAN GHIO

       Defendant.
------------------------------------------------------------------------x

Principal Amount Due ................................................................$39,636.42

Interest calculated at (7%) ...........................................................2,774.55

**Total** ........................................................................................**$42,410.55**

Reasonable Attorneys' Fees pursuant to the
Collective Bargaining Agreement............................................$1,580.00

Filing Fees (Index)......................................................................350.00

Process Server Fee .....................................................................110.00

Total ..........................................................................................$2,040.00

**GRAND TOTAL**....................................................................**$44,450.97**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 21 PENSION FUND,                            DOCKET NO. 08-CV-0514

                                                                 (Karas)
                                      Plaintiffs,
                                                          **DEFAULT JUDGMENT**

          -against-

SUSAN GHIO

                                       Defendant.
------------------------------------------------------------------------x

      This action having been commenced on January 18, 2008 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Susan Ghio, on February 16, 2008 and a proof of service having been filed on February 27, 2008 and the defendant not having appeared answered or otherwise moved with respect to the Complaint, and the time for appearing, answering or otherwise moving having expired, it is,

      ORDERED, ADJUDGED AND DECREED that the Plaintiff have judgment against defendant in the liquidated amount of $44,450.97 which includes interest calculated at 7% amounting to $2,774.55, reasonable attorney fees in the amount of $1,580.00 plus costs and disbursements of this action amounting to $460.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: _____

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.

This document was entered on the docket on

_____

Judgment Entered:

_____
Clerk

By:_____
        Deputy Clerk