UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 21 PENSION FUND,      DOCKET NO. 08-CV-0514
   (Karas)
                  Plaintiffs,

                                **CLERK'S CERTIFICATE**

     -against-

SUSAN GHIO

                  Defendant.
------------------------------------------------------------------------x

      I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate that this action commenced on January 18, 2008 with the filing of a Summons and Complaint. The Defendant, SUSAN GHIO, was served with a copy of the Summons and Complaint on February 16, 2008 by affixing them to the door of her last known residence and subsequent mailing, with the Affidavit of Service filed with the court on February 27, 2008.

      I, further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.

      The Default of the Defendant is hereby noted.


                                          By:_____
                                          J. Michael McMahon

DATED:_____