UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TRUSTEES OF THE PLUMBERS & STEAMFITTERS　　Docket No.: 08-CV-0514
LOCAL 21 PENSION FUND　　　　　　　　　　　　　　　(Karas)

　　　　　　　　　　　　　Plaintiffs,

　　　　-against-
　　　　　　　　　　　　　　　　　　　　　　　　　　STIPULATION
　　　　　　　　　　　　　　　　　　　　　　　　　　DISCONTINUING
　　　　　　　　　　　　　　　　　　　　　　　　　　ACTION WITH
　　　　　　　　　　　　　　　　　　　　　　　　　　PREJUDICE
SUSAN GHIO

　　　　　　　　　　　　　Defendant
----------------------------------------------------------------x

　　THIS STIPULATION is being entered into between attorney of record for the plaintiffs, Trustees of the Plumbers & Steamfitters Local 21 Pension Fund and the defendant, Susan Ghio in the above entitled action;

　　WHEREAS, the parties have resolve the above captioned matter;

　　NOW, THEREFORE, it is agreed by the parties and to be ordered by the Court:

　　The above action is hereby discontinued against the defendant with prejudice without further costs to either party as against the other.

Agreed and Consented to:
this 30th day of ___July___ 2008

BARNES, IACCARINO, VIRGINIA,　　　　　　　SUSAN GHIO
AMBINDER & SHEPHERD, PPLC

By:_____　　　　　　　By:_____
　Danielle M. Carney, Esq. (DMC 7471)　　　　Susan Ghio
　Attorney for Plaintiffs　　　　　　　　　　　31 Firehouse Road
　3 Surrey Lane　　　　　　　　　　　　　　　Port Jervis, NY 12771
　Hempstead, NY 11550
　(516) 483-2990

SO ORDERED:
_____　　　　　　　　　Dated: 7/31/08
Honorable Kenneth M. Karas, USDJ